PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendant,
**LOS ANGELES SHERIFF'S DEPARTMENT**
*(Exempt from filing fees pursuant to Government Code § 6103)*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF CALIFORNIA – CENTRAL DISTRICT

| | |
|---|---|
| GABRIELA STEPHANIE BARRIOS,<br><br>Plaintiff,<br><br>v.<br><br>ANTELOPE CHEVROLET, INC, and LOS ANGELES SHERIFF'S DEPARTMENT, and DOE officers 1-10, in their official capacities, and DOES 11-50, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF CIVIL CASE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant LOS ANGELES SHERIFF'S DEPARTMENT ("Defendant" or "LASD") hereby respectfully files this Notice of Removal of this action from the Superior Court of California, Los Angeles County, to the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. The grounds for removal are as follows:

1. On September 29, 2023, Plaintiff GABRIELA STEPHANIE BARRIOS ("Plaintiff") filed this action in the Superior Court of California, County of Los Angeles, Case No. 23STCV23668 ("State Court Action"). *See* **Exhibits A, B**. Plaintiff's Complaint alleges various claims against LASD, as well as Defendant ANTELOPE CHEVROLET, INC (*sic*) ("ANTELOPE CHEVROLET") and Doe officers, including under 42 U.S.C. § 1983 for purported violations of Plaintiff's constitutional rights. *See* **Exhibit B**.

2. On November 9, 2023, Plaintiff served ANTELOPE CHEVROLET with the Summons and Complaint. *See* **Exhibit D**. ANTELOPE CHEVROLET has not yet appeared in the State Court Action. *See* **Exhibit E**.

3. On November 15, 2023, Plaintiff served LASD with the Summons and Complaint. *See* **Exhibit C**.

4. This Notice of Removal has been filed within thirty (30) days of service on LASD of the Summons and Complaint setting forth claims arising under the Constitution of the United States and under federal law, and is therefore timely. 28 U.S.C. § 1446(b).

5. The State Court Action alleges that Defendants violated Plaintiff's rights under the federal constitution, while acting under color of state law, in violation of 42 U.S.C. § 1983. Therefore, jurisdiction in this Court is based on federal subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

6. This Court would have original subject matter jurisdiction of the claims arising under 42 U.S.C. § 1983 if the State Court Action had been brought originally in federal court. As such, this action is a proper one for removal to United States District Court pursuant to 28 U.S.C. § 1441(b).

7. The remaining claims asserted in the State Court Action all arise from the same operative facts and are so related to the claims asserted under 42 U.S.C. § 1983

that they form part of the same case or controversy. Therefore, supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

8. This Court is the United States District Court of the United States for the district and division embracing the place where the state court action is currently pending, and is therefore the appropriate court for removal. 28 U.S.C. § 1441(a).

9. Written notice of the filing of this Notice of Removal will be served on counsel for Plaintiff, and a copy of this Notice will be filed with the Clerk of the Superior Court of California, County of Los Angeles, as required by 28 U.S.C. § 1446(d). In addition, notice of the filing of this Notice of Removal will be served on ANTELOPE CHEVROLET's agent for the service of process.

10. True and correct copies of the following documents are attached hereto as follows:

   a. the Summons served on LASD is attached hereto as **Exhibit A**, as required by 28 U.S.C. § 1446(a);

   b. the Complaint served on LASD is attached hereto as **Exhibit B**, as required by 28 U.S.C. § 1446(a);

   c. the Proof of Service on LASD, filed in the State Court Action, is attached hereto as **Exhibit C**;

   d. the Proof of Service on ANTELOPE CHEVROLET, filed in the State Court Action, is attached hereto as **Exhibit D**; and

///
///
///

e. all records served on LASD, and other documents obtaining from the Superior Court docket in the State Court Action, are attached hereto as **Exhibit E**, as required by 28 U.S.C. § 1446(a).

Dated: December 14, 2022        KJAR, MCKENNA & STOCKALPER, LLP

By: _____
PATRICK E. STOCKALPER
MOLSHREE GUPTA
Attorneys for Defendant,
LOS ANGELES SHERIFF'S DEPARTMENT

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On December 14, 2023, I served the foregoing document described as **NOTICE OF REMOVAL OF CIVIL CASE** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

XX **By Mail** I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is mnixon@kmslegal.com.

XX **State** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 14, 2023, at El Segundo, California.

_____
Maria Nixon

# SERVICE LIST
## 610-9
## Gabriela Stephanie Barrios v Los Angeles Sheriff's Department, et al.

| | |
|---|---|
| Andre Verdun, Esq.<br>Law Office of Andre L. Verdun<br>1777 N Ventura Ave<br>Ventura, CA 93001<br>Tel.619-880-0110<br>Fax.866-804-0051<br>service@verdunlaw.com<br><br>Ronald Wilcox, Esq.<br>Allison Krumhorn, Esq.<br>Wilcox Law Firm, P.C.<br>2021 The Alameda, Suite 200<br>San Jose, California 95126<br>Tel.: (408) 296-0400<br>Fax: (408) 296-0486<br>ronaldwilcox@gmail.com<br>*Via Email & USDC-ECF* | Attorneys for Plaintiff,<br>**GABRIELA STEPHANIE BARRIOS** |
| Antelope Chevrolet, Inc.<br>c/o CSC-Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, #115<br>Sacramento, CA  98533<br>*Via US Certified Mail-Return Receipt Requested* | Agent of Process for Defendant, **ANTELOPE CHEVROLET, INC.** |